# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:23-cv-02447

AFTER II MOVIE LLC et al.,

    Plaintiffs,

v.

WIDEOPENWEST FINANCE, LLC,

    Defendant.

_____

## ENTRY OF APPEARANCE
_____

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Movant Randy Valentino and Defendant WideOpenWest Finance, LLC.

    DATED this 19th day of September, 2023.

                                           */s/ Angela B. Kennedy*
                                           Armstrong Teasdale LLP
                                           7700 Forsyth Blvd., Suite 1800
                                           St. Louis, MO 63105
                                           314-621-5070
                                           akennedy@atllp.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2023, I have served the foregoing document or paper to the following non-CM/ECF participants via email:

caustin@weidemiller.com
kculpepper@culpepperip.com

                                                  */s/ Angela B. Kennedy*